# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2019

## NO. 03-19-00224-CR

### Ex parte Samuel Marrs

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE SMITH**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.